**DISMISS and Opinion Filed September 22, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00681-CV

## IN THE ESTATE OF SUSAN TURNER-HARGRAVE, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-01682-1**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's motion for voluntary dismissal. *See* TEX. R.

APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210681F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE ESTATE OF SUSAN
TURNER-HARGRAVE,
DECEASED

No. 05-21-00681-CV

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-19-01682-
1.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Notecraft Capital, LLC recover its costs, if any, of this appeal from appellant James Hargrave.

Judgment entered September .